JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
Chief FLSA Counsel
BENJAMIN BOTTS
Trial Attorney (CA SBN 274542)
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7767
Facsimile: (415) 625-7772
Email: botts.benjamin.r@dol.gov

Attorneys for Plaintiff, Thomas E. Perez, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>  Plaintiff,<br><br>  v.<br><br>RAZEL & RUZTIN, LLC, dba WALNUT CREEK WILLOWS, a limited liability company; CADS LLC, dba ELIZABETH CORTEZ CARE HOME, ELIZABETH CORTEZ CARE HOME 2, SAMANTHA CARE HOME, and NEW HAVEN COURT, a limited liability company; I CARE VENTURES LLC, dba RAYZEL'S VILLA, a limited liability company; RAZEL CORTEZ, an individual; and ELIZABETH PALAD, an individual,<br><br>  Defendants. | Case No.:  3:16-cv-00542-JD<br><br>**CERTIFICATE OF SERVICE** |

1   I hereby certify that on this 3rd day of February 2016, I served a copy of the Complaint
2   (Dkt. 1), Motion to Approve [Proposed] Consent Judgment and Order (Dkt. 7) and [Proposed]
3   Consent Judgment and Order (Dkt. 7-1) in this matter on all Defendants via email and first-class
4   mail to:

Arasto Farsad, Esq.
FARSAD LAW OFFICE, P.C.
2905 Stender Way Suite 76
Santa Clara, CA 95054
FarsadLaw1@gmail.com

Dated: February 3, 2016         /s/Benjamin Botts
                                BENJAMIN R. BOTTS

CERTIFICATE OF SERVICE                                                      Page 2
CASE NO. 3:16-cv-00542-JD