JANET M. HEROLD
Regional Solicitor
MARC A. PILOTIN (CSBN 266369)
Counsel for Wage & Hour Litigation
JENNIFER STA.ANA (CSBN 307977)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7767
StaAna.Jennifer.L@dol.gov
*Attorneys for Plaintiff R. Alexander Acosta,*
*United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK PIZZELLA,[1]<br>   Acting Secretary of Labor,<br>   United States Department of Labor,<br><br>                          Plaintiff,<br>     v.<br><br>RAZEL & RUZTIN, LLC dba WALNUT CREEK WILLOWS, a limited liability company; CADS, LLC dba ELIZABETH CARE HOME, ELIZABETH CARE HOME 2, SAMANTHA CARE HOME, and NEW HAVEN COURT, a limited liability company; I CARE VENTURES LLC, dba RAYZEL'S VILLA, a limited liability company; RAZEL CORTEZ, an individual; and ELIZABETH PALAD, an individual.<br><br>                          Defendants. | Case No. 16-cv-000542-JD<br><br>[PROPOSED] **ORDER TO SHOW CAUSE RE: CONTEMPT** |

---

[1] Patrick Pizzella was appointed Acting Secretary of Labor effective July 20, 2019. Pursuant to Fed. R. Civ. P. 25(d), the caption has been changed to reflect the appointment.

Having considered the Secretary's Motion for an Order to Show Cause re: Contempt (Dkt. No. 12) and finding that the Secretary has made a *prima facie* showing that Razel & Ruztin, LLC; CADS, LLC; I CARE Ventures LLC; Razel Cortez; Elizabeth Palad; and Ruztin Cortez (collectively, "Contemnors") are in contempt of the Court's March 7, 2016 Consent Judgment and Order (Dkt. No. 10), the Court ORDERS Contemnors to show cause why they should not be held in contempt.

The Court sets the following schedule on this Order to Show Cause:

- **Contemnors' Response** to Order to Show Cause ("OSC"): **August 15, 2019**
- **Secretary's Reply**: **August 29, 2019**
- **OSC Hearing** and Any Case Management Conference re: Contempt Proceedings: **September 5, 2019, at 10:00 a.m.**, in Courtroom 11 of the San Francisco Courthouse, 450 Golden Gate Ave, 19th Floor

The hearing that was set for August 1, 2019, is VACATED.

The Secretary is ordered to serve this order on Contemnors and to file a proof of service.

**IT IS SO ORDERED.**

Date: July 31, 2019

_____
JAMES DONATO
United States District Judge