# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: September 5, 2019                                              Judge: Hon. James Donato

Time: 6 Minutes

Case No.        **C-16-542-JD**
Case Name       **Perez v. Razel & Ruztin, LLC**

Attorney(s) for Plaintiff(s):       Jennifer Sta.Anna/Andrew Schultz
Attorney(s) for Defendant(s):       William Klein

Deputy Clerk: Lisa R. Clark                                     Court Reporter: Debra Pas

## PROCEEDINGS

Order to Show Cause Hearing – Held

## NOTES AND ORDERS

The Court generally finds the OSC response (Dkt. No. 20) to be insufficient but any findings of contempt are deferred pending the following:

By September 19, 2019, the Secretary will file a single statement that lays out, paragraph by paragraph, all alleged violations of the consent judgment (Dkt. No. 10).

Three weeks after the filing of the Secretary's statement, Razel & Ruztin, LLC; CADS, LLC; I CARE Ventures LLC; Razel Cortez; Elizabeth Palad; and Ruztin Cortez will file a response, admitting or denying each of the Secretary's allegations. Any denials should be followed by a succinct statement of facts supporting the denial.

After that, the Court will issue a ruling on the papers or set a further hearing, as appropriate.